COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-10-028-CR

DENNIS KEITH MERRELL APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Withdrawal Of Notice Of Appeal (Pursuant To Texas Rule Of Appellate Procedure 42.2).”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: April 22, 2010 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.